**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| TEXDOOR, LLC<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH SAMFORD, VINTAGE MACHINE TECHNOLOGIES CORP., and NATIONAL DOOR DISTRIBUTION, LLC,<br><br>Defendants. | Civil Action No.: 3:25-cv-00101-TES |

**AGREED PERMANENT INJUNCTION AND ORDER OF DISMISSAL**

AND NOW, this 10 day of Sep 2026, upon consideration of the parties' agreement to resolve the above-captioned litigation, including TexDoor LLC's ("**Plaintiff**" or "**TexDoor**") claims against Defendants Vintage Machine Technologies Corp. ("**VMT**"), National Door Distribution, LLC ("NDD"), and former TexDoor employee Joseph Samford ("**Samford**") (VMT, NDD, and Samford are referred to collectively as "**Defendants**"), it is hereby ORDERED that:

1. Defendants, individually and collectively, as well all those acting in concert with them, shall:

a. Be permanently restrained and enjoined from, directly or indirectly disclosing or making any use of the trade secret, confidential information, or other property of TexDoor for any purpose;

b. within two days of the entry of this Order, return to TexDoor all Confidential Information (as that term is defined in the Samford Agreement with TexDoor,

attached here as Exhibit 1) or trade secrets (as that term is defined under federal or applicable state law), including any copies, pictures, or other duplications of such Confidential Information and/or trade secrets, belonging to TexDoor that is within his possession, custody, or control (including, without limitation, information in paper form and in electronic form, wherever and however stored, including but not limited to personal computers, cloud storage, external storage media, smart phones and other handheld devices, and email accounts), and to the extent that any such information is maintained in electronic form must, after such information is returned to TexDoor, purge or destroy any electronic record of such information, in a manner that does not allow the information to be retrieved or restored;

c. for two years from the date of this Order, refrain from directly or indirectly offering, selling, soliciting, quoting, providing, or servicing any commercial and residential overhead door products to the Restricted Clients;[1]

d. for two years from the date of this Order, refrain from taking any action intended, or reasonably likely, to cause any Restricted Client to diminish its business with, or cease or refrain from doing business with, TexDoor; and

[1] To facilitate Defendants' compliance with the terms of the Agreed Permanent Injunction and
Order of Dismissal, TexDoor has agreed to provide Defendants' counsel with a list of Restricted Clients (the "Restricted Clients List"). The Restricted Clients List is marked "Confidential" and is to be held in strict confidence by Defendants, to be made available otherwise only to Preston Thomas, Samford, and any NDD employee who interfaces with potential customers. The Parties have agreed that the Restricted Clients List is TexDoor's Confidential Information and that Defendants (except as noted above) shall not be able to view, and shall have no access to, the Restricted Clients List at any time. The Restricted Clients List shall not be copied or duplicated in any way and all copies shall be destroyed by Preston Thomas and outside counsel on or before August 1, 2028.

e. for two years from the date of this Order, refrain from soliciting, employing, or hiring any current or former TexDoor employee.

The restrictions provided in subparagraphs (c-e) herein shall automatically terminate if TexDoor ceases to operate all of its distribution facilities located in the state of Georgia before the end of the two-year restricted period.

2. In the event that Samford ceases employment with NDD and commences employment or an independent contractor relationship with another competitor of TexDoor to sell overhead garage door products at any time during the two years following the entry of this Order, then Samford shall promptly (and prior to the commencement of the employment or independent contractor relationship) notify the new company with whom Samford is affiliating of the existence of the Agreed Permanent Injunction and Order of Dismissal and the Parties' Settlement Agreement and provide a copy of the Agreed Permanent Injunction and Order of Dismissal to such entity. TexDoor has the right during the two years following entry of this Order to inform any future party that employs or engages Samford to sell commercial or residential overhead garage door products and services of the existence of the Agreed Permanent Injunction and Order of Dismissal and to provide a copy of the Agreed Permanent Injunction and Order of Dismissal to them. This paragraph shall not be deemed to limit any remedies available in the event of any finding by the Court regarding a violation of this Order or the Parties' Settlement Agreement.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of this Agreed Permanent Injunction and Dismissal Order and the terms of the Parties' Settlement Agreement which shall become effective upon the entry of this Order.

IT IS FURTHER ORDERED that this Order shall constitute Final Judgment as to all claims and parties in the above-captioned litigation, and as no further matters remain pending shall be dismissed with prejudice, with each Party to bear its own attorneys' fees and costs.

IT IS SO ORDERED:

Hon. Tilman E. Self, III
United States District Court Judge

Agreed to by:

| *Attorneys for Plaintiff* | *Attorneys for Defendants VMT and National Door Distribution, LLC* | *Attorney for Defendant Nick Samford* |
|---|---|---|
| FISHER & PHILLIPS LLP | FLINT, CONNOLLY & WALKER, LLP | CARLISLE LAW FIRM |
| /s/ *Michael P. Elkon* | /s/ | /s/ *william carlisle* |
| Michael P. Elkon<br>Georgia Bar No. 24355<br>Matthew T. Sharon<br>Georgia Bar No. 723611 | Anthony Cammarata Jr.<br>Georgia Bar No. 375153<br>Xavier T. Romero<br>Georgia Bar No. 303588 | William R. Carlisle<br>Georgia Bar No. 110382 |
| 1230 Peachtree Street, NE, Suite 3300<br>Atlanta, Georgia 30309<br>Melkon@fisherphillips.com<br>msharon@fisherphillips.com | 131 E. Main Street<br>Canton, Georgia 30114<br>770-720-4411<br>acammarata@fcwlawfirm.com<br>xromero@fcwlawfirm.com | 4607 Cardinal Ridge Way<br>Flowery Branch, GA 30542<br>wrclaw@gmail.com |

FP 64698775.2
FP 64698775.3
FP 64698775.5